IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| V. § | CRIMINAL NO: 1:21-CR-00054-TSC |
| § | |
| § | |
| MATTHEW CARL MAZZOCCO § | |
| Defendant. § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE UNITED STATES JUDGE FOR THE DISTRICT OF COLUMBIA:**

Please enter my appearance as Counsel in said case for Defendant, MATTHEW CARL MAZZOCCO.

I certify that I have been admitted to practice Pro Hac Vice in the District of Columbia for the abovementioned cause. My admission to appear Pro Hac Vice for Defendant, MATTHEW CARL MAZZOCCO was granted on February 10, 2021.

SIGNED this the 18TH day of FEBRUARY 2021.

            Respectfully submitted

            ROBBIE WARD
            SBN: 24033435
            530 Lexington Ave
            San Antonio, Texas 78215
            Tel: (210) 758-2200


            _____/s/_____
            ROBBIE WARD

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to KIMBERLEY NIELSEN, Assistant United States Attorney.

SIGNED on this the 18TH day of FEBRUARY 2021.

            /s/
          ROBBIE WARD