AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Matthew Carl Mazzocco** | )<br>)   Case No.<br>)<br>)<br>)<br>) |

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Matthew Carl Mazzocco                                                             ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☑ Complaint

❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) & (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.17 14:33:24 -05'00'

Date:    01/17/2021

_Issuing officer's signature_

City and state:    Washington, DC

United States Magistrate Judge
_Printed name and title_

---

| **Return** |
|---|
| This warrant was received on _(date)_ 1/17/2021 , and the person was arrested on _(date)_ 1/17/2021<br>at _(city and state)_ San Antonio, TX . |
| Date: 1/19/2021 |

_Arresting officer's signature_

TRISTAN HYLAND, SPECIAL AGENT, FBI
_Printed name and title_