IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| **Plaintiff,** § | |
| § | |
| **V.** § | **CRIMINAL NO: 1:21-CR-00054-TSC** |
| § | |
| § | |
| **MATTHEW CARL MAZZOCCO** § | |
| **Defendant.** § | |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE UNITED STATES JUDGE FOR THE DISTRICT OF COLUMBIA:**

Please enter my appearance as Lead Counsel in said case for Defendant, MATTHEW CARL MAZZOCCO.

I certify that I am admitted to practice in the District of Columbia for the abovementioned cause.

SIGNED this the 7TH day of MAY 2021.

                                      Respectfully submitted

                                      ROBBIE WARD
                                      SBN: 24033435
                                      530 Lexington Ave
                                      San Antonio, Texas 78215
                                      Tel: (210) 758-2200

                                      _____/s/_____
                                      ROBBIE WARD

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to KIMBERLEY NIELSEN, Assistant United States Attorney.

SIGNED on this the 7TH day of MAY 2021.

/s/
ROBBIE WARD