UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| **Plaintiff,** § | |
| § | |
| **V.** § | **CRIMINAL NO. 21-CR-00054-TSC** |
| § | |
| **MATTHEW MAZZOCCO** § | |
| **Defendant.** § | |

### DEFENDANT MATTHEW MAZZOCCO'S
### MOTION TO SCHEDULE AND/OR EXTEND SELF-SURRENDER DATE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

NOW COMES MATTHEW MAZZOCCO, Defendant, by and through his attorney and files this Motion to Schedule and/or Extend Self-Surrender Date, and in support would show:

I.

Defendant Matthew Mazzocco respectfully requests to self-surrender after January 1, 2022. Mr. Mazzocco was sentenced to 45 days on October 4, 2021; however, no self-surrender date was ordered. As of this filing, he has not received a report date from BOP but is requesting that his reporting date be ordered for a date after January 1, 2022.

II.

Counsel for Defendant has conferred with Kimberly Nielsen, Assistant United States Attorney regarding said Motion and Ms. Nielsen is UNOPPOSED.

PRAYER

FOR THESE REASONS, Counsel prays this Honorable Court will allow Mr. Mazzocco to self-surrender after January 1, 2022 to serve his 45-day sentence as close to San Antonio, Texas as possible with credit for the time he has already served in this cause.

Respectfully submitted,

ROBBIE L. WARD
530 Lexington Ave.
San Antonio, TX 78215
Tel: (210) 758-2200

/s/ ROBBIE L. WARD
Robbie L. Ward
State Bar No. 2403343

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Unopposed Motion to Schedule and/or Extend Defendant's Self-Surrender Date was electronically filed with the Clerk of this Honorable Court using the CM/ECF and *via* email to Kimberly Nielsen, Assistant United States Attorney. SIGNED on this the 28th day of October 2021.

/s/ Robbie L. Ward
ROBBIE L. WARD

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| **Plaintiff,** § | |
| § | |
| **V.** § | **CRIMINAL NO. 21-CR-00054-TSC** |
| § | |
| **MATTHEW MAZZOCCO** § | |
| **Defendant.** § | |

## ORDER ON DEFENDANT MATTHEW MAZZOCCO'S MOTION TO SCHEDULE AND/OR EXTEND SELF SURRENDER DATE

On this day came on to be considered: The Defendant Matthew Mazzocco's Unopposed Motion to Schedule and/or Extend Self-Surrender Date.

Defendant's request to self-surrender after January 1, 2022 to serve his 45-day sentence with credit for time already served in this cause is:

   ____ GRANTED             ____ DENIED

He is ordered or self-surrender on _____, 2022

SIGNED on this the _____ day of _____, 2021.

                       _____
                       UNITED STATES DISTRICT JUDGE