UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff<br><br>v.<br><br>**MATTHEW CARL MAZZOCCO,**<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Criminal Case No. 21-cr-00054 (TSC)<br>)<br>)<br>)<br>)<br>) |

**OPINION AND ORDER**

On October 20, 2021, Defendant Matthew Carl Mazzocco was sentenced to serve forty-five days of imprisonment and sixty hours of community service after he pled guilty to *Parading, Demonstrating, or Picketing in a Capitol Building*, in violation of 40 U.S.C. § 5104(e)(2)(G).  Mr. Mazzocco was ordered to surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.  On October 28, 2021, Mr. Mazzocco moved, unopposed, to schedule his self-surrender to the custody of the Bureau of Prisons after January 1, 2022.  Dkt. No. 36.

Upon consideration of that unopposed motion and the arguments contained therein, it is hereby ORDERED that the Motion for Extension of Time to Self-Surrender is GRANTED.  Defendant must self-surrender to the custody of the Bureau of Prisons on or expeditiously after January 1, 2022.

Date:  November 5, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge